**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re*: | : | Chapter 11 |
| | : | |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.,* | : | Case No. 19-11466 (MFW) |
| | : | (Jointly Administered) |
| Debtors.[1] | : | |
| | : | |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Proc. No. 21-50936 (MFW) |
| | : | |
| GENZYME CORPORATION, | : | |
| | : | |
| Defendant. | : | |

**CONFLICT REVIEW PURSUANT TO LOCL**
**RULE OF BANKRUPTCY PROCEDURE 9019-2(e)(iii)(B)**

PLEASE TAKE NOTICE that pursuant to Local Rule of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") 9019-2(e)(iii)(B), the undersigned mediator has performed a conflicts review and there appear to be no potential conflicts. The undersigned mediator does not and has not represented any party in interest in this adversary proceeding, has no connections with any party or its attorneys, and is not aware of any conflicts or basis for disqualification as mediator under Local Rule 9019-2(e)(iii).  Mediation of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102

above-captioned adversary proceeding will be scheduled and proceed in accordance with the Local Rules and the Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Debtors Pursuant to Sections 502, 547, 548 and 550 of the Bankruptcy Code (Docket No. 2850).

Dated: **November 30, 2021**  /s/ **Mark S. Kenney**
Mark S. Kenney
1447 Greenawalt Road
Huntingdon Valley, PA 19006
(215) 680-1616
kenney@mkenneylaw.com

*Mediator*