# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL and TPS IV of PA, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>GENZYME CORPORATION,<br><br>    Defendant. | Adv. Proc. No. 21-50936 (MFW) |

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Center City Healthcare, LLC d/b/a Hahnemann University Hospital and TPS IV of PA, LLC (collectively, the "Plaintiffs"), and Genzyme Corporation (the "Defendant"), hereby stipulate to dismiss with prejudice all claims asserted in the above-captioned adversary proceeding, with Plaintiffs and Defendant each bearing its own costs and expenses, respectively.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

So stipulated on April 26, 2022.

| | |
|---|---|
| **AUSTRIA LEGAL, LLC** | **SAUL EWING ARNSTEIN & LEHR LLP** |
| */s/ Matthew P. Austria* | */s/ Monique B. DiSabatino* |
| Matthew P. Austria (DE Bar No. 4827) | Mark Minuti (DE Bar No. 2659) |
| 1007 N. Orange Street, 4th Floor | John D. Demmy (DE Bar No. 2802) |
| Wilmington, DE 19801 | Monique B. DiSabatino (DE Bar No. 6027) |
| Telephone: (302) 521-5197 | 1201 N. Market Street, Suite 2300 |
| Fax: (302) 425-0232 | P.O. Box 1266 |
| maustria@austriallc.com | Wilmington, DE 19899 |
| | Telephone: (302) 421-6800 |
| -and- | mark.minuti@saul.com |
| | john.demmy@saul.com |
| **MILLER & MARTIN PLLC** | monique.disabatino@saul.com |
| Laura F. Ketcham | |
| Volunteer Building Suite 1200 | -and- |
| 832 Georgia Avenue | |
| Chattanooga, TN 37402 | Jeffrey C. Hampton |
| Telephone: (423) 785-8383 | Adam H. Isenberg |
| Fax: (423) 321-1556 | A. Mayer Kohn |
| laura.ketcham@millermartin.com | Centre Square West |
| | 1500 Market Street, 38th Floor |
| *Counsel to Defendant* | Philadelphia, PA 19102 |
| | Telephone: (215) 972-7777 |
| | Fax: (215) 972-7725 |
| | jeffrey.hampton@saul.com |
| | adam.isenberg@saul.com |
| | mayer.kohn@saul.com |
| | |
| | *Counsel for the Plaintiffs* |